IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VENKY VENKATRAMAN,**<br>*Plaintiff*, | § § § | |
| v. | § § | No. 3:25-cv-01335-X-BN |
| **SAKSHI VENKATRAMAN &**<br>**SMRITHI VENKATRAMAN,**<br>*Jointly and Severally Liable Defendants.* | § § § § § § | |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW, Venky Venkatraman, Plaintiff pro se, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and hereby respectfully moves this Court to enter default judgment against Defendant Smrithi Venkatraman.

In support of this Motion, Plaintiff states as follows:

Plaintiff filed his Complaint against Defendants Sakshi Venkatraman and Smrithi Venkatraman on May 28, 2025, asserting claims for Defamation, Intentional Infliction of Emotional Distress and Civil Conspiracy.

Defendant Smrithi Venkatraman was properly served with the Summons and Complaint on June 9, 2025, by leaving the documents with Lara Gatley, a person of suitable age and discretion, at Defendant's usual place of abode at Rutgers University GSAPP - School Psychology, Psychology Building Busch, 152 Frelinghuysen Road, Piscataway, NJ 08854-8020, and by mailing a copy to Defendant's last known address.

Proof of Service was filed with this Court on June 11, 2025, as Document 11 on the docket.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Smrithi Venkatraman was required to serve an answer within 21 days after being served with the summons and complaint.

More than 21 days have elapsed since Defendant Smrithi Venkatraman was served, and she has failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure.

Defendant Smrithi Venkatraman is not a minor, an incompetent person, or a member of the military service of the United States.

Plaintiff is entitled to default judgment against Defendant Smrithi Venkatraman on the claims of Intentional Infliction of Emotional Distress and Civil Conspiracy as set forth in the Complaint.

Local Rule 55.1 of the Northern District of Texas provides that if a defendant has been in default for 90 days, the presiding judge may require the plaintiff to move for entry of default and default judgment, and if the plaintiff fails to do so within the prescribed time, the action may be dismissed without prejudice as to that defendant. Failure to Obtain Default Judgment..

Plaintiff seeks default judgment against Defendant Smrithi Venkatraman for the following relief as requested in the Complaint:

- Compensatory damages in an amount to be determined at a hearing on damages;

- Punitive damages;

- Injunctive relief prohibiting Defendant from engaging in further extreme and outrageous or conspiratorial conduct; and

- Pre-judgment and post-judgment interest as allowed by law.

Plaintiff acknowledges that Defendant Sakshi Venkatraman has not yet been served, but this does not preclude the entry of default judgment against Defendant Smrithi Venkatraman.

WHEREFORE, Plaintiff respectfully requests that this Court:

- Enter default judgment against Defendant Smrithi Venkatraman on the claims of Intentional Infliction of Emotional Distress and Civil Conspiracy;

- Schedule a hearing to determine the amount of damages to be awarded to Plaintiff;

- Grant injunctive relief prohibiting Defendant Smrithi Venkatraman from engaging in further extreme and outrageous or conspiratorial conduct; and

- Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Venky Venkatraman, Pro Se
415 Gifford Drive
Coppell, TX 75019
Tel: (469) 766-2875
Fax: (972) 535-4765
Email: venky@att.net

By: */s/ Venky Venkatraman*
      Venky Venkatraman

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, personally appeared **Venky Venkatraman**, who, being duly sworn, deposes and states as follows:

1. I am the Plaintiff in the above-captioned action, and I make this affidavit in support of my Motion for Entry of Default Judgment against Defendant Smrithi Venkatraman.
2. I filed my Complaint against Defendants Sakshi Venkatraman and Smrithi Venkatraman on May 28, 2025, in the United States District Court for the Northern District of Texas, Dallas Division.
3. Defendant Smrithi Venkatraman was properly served with the Summons and Complaint on June 9, 2025, by leaving the documents with Lara Gatley, a person of suitable age and discretion, at Defendant's residence at Rutgers University GSAPP - School Psychology, Psychology Building Busch, 152 Frelinghuysen Road, Piscataway, NJ 08854-8020, and by mailing a copy to Defendant's last known address.
4. Proof of Service was filed with this Court on June 11, 2025, as Document 11 on the docket.
5. More than 21 days have elapsed since Defendant Smrithi Venkatraman was served, and she has failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure.
6. To the best of my knowledge, Defendant Smrithi Venkatraman is not a minor, an incompetent person, or a member of the military service of the United States.
7. I am entitled to default judgment against Defendant Smrithi Venkatraman on the claims of Intentional Infliction of Emotional Distress and Civil Conspiracy as set forth in the Complaint.
8. I have suffered damages as a result of Defendant Smrithi Venkatraman's actions, including emotional distress and financial losses from having to change careers late in life to address the legal issues arising from Defendant's conduct.
9. I seek compensatory damages, punitive damages, and injunctive relief as requested in the Complaint.
10. Defendant Sakshi Venkatraman has not yet been served, but this does not preclude the entry of default judgment against Defendant Smrithi Venkatraman.

FURTHER AFFIANT SAYETH NOT.

Signed this __3__ day of __July__, 2025.

**Venky Venkatraman**_____
(Signature)

**Venky Venkatraman** __VENKY VENKATRAMAN__
(Print Name)

## NOTARY ACKNOWLEDGMENT

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this __3__ day of __July__, 2025, by **Venky Venkatraman**, who is personally known to me or has produced valid identification.

**Notary Public, State of Texas**
(Signature) _____

**Notary Name** __Manisha Patel__
(Print Name)

**My Commission Expires:** __January 5, 2029__.



MANISHA PATEL
Notary ID #124244834
My Commission Expires
January 5, 2029

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VENKY VENKATRAMAN,**  *Plaintiff*, | § § § § § § § § § § | No. 3:25-cv-01335-X-BN |
| v. | | |
| **SAKSHI VENKATRAMAN & SMRITHI VENKATRAMAN,** *Jointly and Severally Liable Defendants*. | | |

**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT SMRITHI VENKATRAMAN**

This matter comes before the Court on Plaintiff Venky Venkatraman's Motion for Entry of Default Judgment against Defendant Smrithi Venkatraman. The Court, having considered the motion, the affidavit in support thereof, and the entire record in this case, finds as follows:

1. Plaintiff filed his Complaint against Defendants Sakshi Venkatraman and Smrithi Venkatraman on May 28, 2025.

2. Defendant Smrithi Venkatraman was properly served with the Summons and Complaint on June 9, 2025, as evidenced by the Proof of Service filed with this Court on June 11, 2025.

3. More than 21 days have elapsed since Defendant Smrithi Venkatraman was served, and she has failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure.

4. Defendant Smrithi Venkatraman is not a minor, an incompetent person, or a member of the military service of the United States.

5. Plaintiff is entitled to default judgment against Defendant Smrithi Venkatraman on the claims of Intentional Infliction of Emotional Distress and Civil Conspiracy as set forth in the Complaint.

THEREFORE, IT IS ORDERED that:

1. Plaintiff's Motion for Entry of Default Judgment against Defendant Smrithi Venkatraman is GRANTED.

2. Default Judgment is hereby entered against Defendant Smrithi Venkatraman on Plaintiff's claims of Intentional Infliction of Emotional Distress and Civil Conspiracy.

3.	A hearing to determine the amount of damages to be awarded to Plaintiff shall be held on _____, 2025, at _____ a.m./p.m. in Courtroom _____ of the United States Courthouse, Dallas, Texas.

4.	Defendant Smrithi Venkatraman is hereby enjoined from engaging in further extreme and outrageous or conspiratorial conduct against Plaintiff, including but not limited to making false statements about Plaintiff to third parties.

5.	This Order does not affect Plaintiff's claims against Defendant Sakshi Venkatraman, which remain pending.

SO ORDERED this *day of* _____, 2025.


_____
United States District Judge

ORDER