IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VENKY VENKATRAMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | No. 3:25-cv-1335-X |
| | § | |
| SAKSHI VENKATRAMAN and | § | |
| SMRITHI VENKATRAMAN, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 9). Objections were filed as to the Magistrate Judge's jurisdictional analysis. (Doc. 12). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 7th day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE