IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VENKY VENKATRAMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1335-X |
| | § | |
| SAKSHI VENKATRAMAN and | § | |
| SMRITHI VENKATRAMAN, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction or, in the alternative, **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(2). Plaintiff's motion for default judgment (Doc. 13) is **FOUND TO BE MOOT**. This is a final judgment. All relief not expressly granted is denied.

**IT IS SO ORDERED** this 7th day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE